| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Damien Lee Reedy**<br>**Esther Arlene Esparza**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   11/20/2025        Damien Lee Reedy
                          Printed name of Debtor 1                                    Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 1                                         **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   11/20/2025     Esther Arlene Esparza
                       Printed name of Debtor 2                           Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                          **F 1002-1.EMP.INCOME.DEC**



## *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: REEDY, DAMIEN LEE**  Employee ID: 4769449  Check #: 95066331
Company: SARES REGIS OPERATING COMPANY LP (6058410)
3501 JAMBOREE RD STE 3000  Pay Date: 11/28/2025  Pay Type: Hourly
NEWPORT BEACH, CA 92660  Pay Period: 11/09/2025 To 11/24/2025  Department: D6591
Phone: (949) 756 5959  Pay Frequency: SemiMonthly  Location: 2230

Gross Earnings: 1,903.20   Total Taxes: 195.37   Total Deductions: 0.00   Net Pay: 1,707.83

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Cell Stipend - Reg | 11/09/2025 | 11/24/2025 | | | 10.00 | 110.00 |
| Rate 1 - Reg | 11/10/2025 | 11/16/2025 | 39.43 | 24.00 | 946.40 | ** |
| Rate 1 - Reg | 11/17/2025 | 11/23/2025 | 38.09 | 24.00 | 914.00 | 21,257.60 |
| Sick | 11/17/2025 | 11/23/2025 | 1.37 | 24.00 | 32.80 | 79.20 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Rate 1 - OT | | | | | | -8.40 |
| Vacation - Reg | | | | | | 384.00 |
| Holiday | | | | | | 384.00 |
| Missed Meal Break Adj | | | | | | 67.59 |
| Computed OT | | | | | | 743.31 |
| Missed Meal Occurrences | | | | | | 288.00 |
| NewLeaseIncentive - Reg | | | | | | 3,000.00 |
| Birthday | | | | | | 192.00 |
| Renewal Incentive - Reg | | | | | | 1,443.75 |
| **Gross** | | | 78.89 | | 1,903.20 | 27,941.05 |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 26.93 | 509.53 |
| CA SDI | 22.84 | 335.29 |
| SocSec | 118.00 | 1,732.35 |
| Medicare | 27.60 | 405.15 |
| **Total** | **195.37** | **2,982.32** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 1,707.83 |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: Yes

**Paid Time Off/Vacation and/or Sick Information**

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Vacation | 36.110 | 16.000 | 20.110 | Hours |
| Sick | 30.230 | 3.300 | 26.930 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 27,737.52 |
| Social Security | 27,941.05 |

Medicare    27,941.05

**Insperity**

*Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: REEDY, DAMIEN LEE**  Employee ID: 4769449  Check #: 94948258
Company: SARES REGIS OPERATING COMPANY LP (6058410)
3501 JAMBOREE RD STE 3000  Pay Date: 11/26/2025  Pay Type: Hourly
NEWPORT BEACH, CA 92660  Pay Period: 10/25/2025 To 11/08/2025  Department: D6591
Phone: (949) 756 5959  Pay Frequency: SemiMonthly  Location: 2230

Gross Earnings: 7.42   Total Taxes: 0.66   Total Deductions: 0.00   Net Pay: 6.76

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Other Pay Periods** | | | | | | |
| Missed Meal Break Adj | 09/29/2025 | 10/05/2025 | | | 3.05 | ** |
| Missed Meal Break Adj | 10/09/2025 | 10/12/2025 | | | 4.37 | 67.59 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Rate 1 - Reg | | | | | | 19,397.20 |
| Rate 1 - OT | | | | | | -8.40 |
| Cell Stipend - Reg | | | | | | 100.00 |
| Vacation - Reg | | | | | | 384.00 |
| Sick | | | | | | 46.40 |
| Holiday | | | | | | 384.00 |
| Computed OT | | | | | | 743.31 |
| Missed Meal Occurrences | | | | | | 288.00 |
| NewLeaseIncentive - Reg | | | | | | 3,000.00 |
| Birthday | | | | | | 192.00 |
| Renewal Incentive - Reg | | | | | | 1,443.75 |
| **Gross** | | | | | **7.42** | **26,037.85** |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 0.00 | 482.60 |
| CA SDI | 0.09 | 312.45 |
| SocSec | 0.46 | 1,614.35 |
| Medicare | 0.11 | 377.55 |
| **Total** | **0.66** | **2,786.95** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 6.76 |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: Yes

**Paid Time Off/Vacation and/or Sick Information**

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Vacation | 32.770 | 16.000 | 16.770 | Hours |
| Sick | 27.640 | 1.930 | 25.710 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 25,834.32 |
| Social Security | 26,037.85 |

Medicare    26,037.85

**Insperity**

*Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | |
|---|---|---|
| **Employee: REEDY, DAMIEN LEE** | Employee ID: 4769449 | Check #: 94591592 |
| Company: SARES REGIS OPERATING COMPANY LP (6058410) | | |
| 3501 JAMBOREE RD STE 3000 | Pay Date: 11/14/2025 | Pay Type: Hourly |
| NEWPORT BEACH, CA 92660 | Pay Period: 10/25/2025 To 11/08/2025 | Department: D6591 |
| Phone: (949) 756 5959 | Pay Frequency: SemiMonthly | Location: 2230 |
| Gross Earnings: 2,870.07 | Total Taxes: 313.52 | Total Deductions: 0.00 | Net Pay: 2,556.55 |

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 10/25/2025 | 10/26/2025 | 7.85 | 24.00 | 188.40 | ** |
| Cell Stipend - Reg | 10/25/2025 | 11/08/2025 | | | 10.00 | 100.00 |
| Rate 1 - Reg | 10/27/2025 | 11/02/2025 | 23.87 | 24.00 | 572.80 | ** |
| Vacation - Reg | 10/27/2025 | 11/02/2025 | 16.00 | 24.00 | 384.00 | 384.00 |
| Computed OT | 10/27/2025 | 11/02/2025 | 0.05 | 38.53 | 1.93 | 743.31 |
| Rate 1 - Reg | 11/03/2025 | 11/08/2025 | 39.75 | 24.00 | 954.00 | 19,397.20 |
| Rate 1 - OT | 11/03/2025 | 11/08/2025 | 0.22 | 36.00 | 7.80 | -8.40 |
| **Other Pay Periods** | | | | | | |
| Rate 1 - OT | 09/29/2025 | 10/05/2025 | -0.07 | 36.00 | -2.40 | ** |
| Computed OT | 09/29/2025 | 10/05/2025 | 0.07 | 37.53 | 2.50 | ** |
| Computed OT | 10/06/2025 | 10/12/2025 | 0.45 | 38.22 | 17.20 | ** |
| Rate 1 - OT | 10/09/2025 | 10/12/2025 | -0.45 | 36.00 | -16.20 | ** |
| Rate 1 - OT | 10/13/2025 | 10/19/2025 | -0.02 | 36.00 | -0.60 | ** |
| Computed OT | 10/13/2025 | 10/19/2025 | 0.02 | 38.13 | 0.64 | ** |
| NewLeaseIncentive - Reg | 10/01/2025 | 10/31/2025 | | | 600.00 | 3,000.00 |
| Renewal Incentive - Reg | 10/01/2025 | 10/31/2025 | | | 150.00 | 1,443.75 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Sick | | | | | | 46.40 |
| Holiday | | | | | | 384.00 |
| Missed Meal Break Adj | | | | | | 60.17 |
| Missed Meal Occurrences | | | | | | 288.00 |
| Birthday | | | | | | 192.00 |
| **Gross** | | | 87.74 | | **2,870.07** | **26,030.43** |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 59.52 | 482.60 |
| CA SDI | 34.44 | 312.36 |
| SocSec | 177.94 | 1,613.89 |
| Medicare | 41.62 | 377.44 |
| **Total** | **313.52** | **2,786.29** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 2,556.55 |

**Paid Time Off/Vacation and/or Sick Information**

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00

| Plan - Level | Available | Used | Balance | | Desc |
|---|---|---|---|---|---|
| | | | | | Extra Withholding: $0.00 |
| Vacation | 32.770 | 16.000 | 16.770 | Hours | Exempt: Yes |
| Sick | 27.640 | 1.930 | 25.710 | Hours | |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your PEO worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 25,826.90 |
| Social Security | 26,030.43 |
| Medicare | 26,030.43 |

**Insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: REEDY, DAMIEN LEE**  
Company: SARES REGIS OPERATING COMPANY LP (6058410)  
3501 JAMBOREE RD STE 3000  
NEWPORT BEACH, CA 92660  
Phone: (949) 756 5959  

Employee ID: 4769449  
Pay Date: 10/31/2025  
Pay Period: 10/09/2025 To 10/24/2025  
Pay Frequency: SemiMonthly  

Check #: 94265619  
Pay Type: Hourly  
Department: D6591  
Location: 2230  

Gross Earnings: 2,334.00    Total Taxes: 242.97    Total Deductions: 0.00    Net Pay: 2,091.03

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Rate 1 - Reg | 10/09/2025 | 10/12/2025 | 21.67 | 24.00 | 520.00 | ** |
| Rate 1 - OT | 10/09/2025 | 10/12/2025 | 0.45 | 36.00 | 16.20 | ** |
| Sick | 10/09/2025 | 10/12/2025 | 1.93 | 24.00 | 46.40 | 46.40 |
| Missed Meal Occurrences | 10/09/2025 | 10/12/2025 | 1.00 | 24.00 | 24.00 | 288.00 |
| Cell Stipend - Reg | 10/09/2025 | 10/24/2025 | | | 10.00 | 90.00 |
| Rate 1 - Reg | 10/13/2025 | 10/19/2025 | 39.73 | 24.00 | 953.60 | ** |
| Rate 1 - OT | 10/13/2025 | 10/19/2025 | 0.02 | 36.00 | 0.60 | 3.00 |
| Rate 1 - Reg | 10/20/2025 | 10/24/2025 | 31.80 | 24.00 | 763.20 | 17,682.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Holiday | | | | | | 384.00 |
| Missed Meal Break Adj | | | | | | 60.17 |
| Computed OT | | | | | | 721.04 |
| NewLeaseIncentive - Reg | | | | | | 2,400.00 |
| Birthday | | | | | | 192.00 |
| Renewal Incentive - Reg | | | | | | 1,293.75 |
| **Gross** | | | **96.60** | | **2,334.00** | **23,160.36** |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 36.41 | 423.08 |
| CA SDI | 28.01 | 277.92 |
| SocSec | 144.71 | 1,435.95 |
| Medicare | 33.84 | 335.82 |
| **Total** | **242.97** | **2,472.77** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 2,091.03 |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 0.00  
Extra Withholding: $ 0.00  
Exempt: Yes  

**Paid Time Off/Vacation and/or Sick Information**

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Vacation | 29.430 | 0.000 | 29.430 | Hours |
| Sick | 25.240 | 1.930 | 23.310 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 22,956.83 |

Social Security 23,160.36
Medicare 23,160.36

**Insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: REEDY, DAMIEN LEE**  
Company: SARES REGIS OPERATING COMPANY LP (6058410)  
3501 JAMBOREE RD STE 3000  
NEWPORT BEACH, CA 92660  
Phone: (949) 756 5959  

Employee ID: 4769449  
Pay Date: 10/22/2025  
Pay Period: 09/25/2025 To 10/08/2025  
Pay Frequency: SemiMonthly  

Check #: 94080846  
Pay Type: Hourly  
Department: D6591  
Location: 2230  

Gross Earnings: 16.80    Total Taxes: 1.48    Total Deductions: 0.00    Net Pay: 15.32

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Missed Meal Break Adj | 09/25/2025 | 09/28/2025 | | | 4.93 | ** |
| Missed Meal Break Adj | 09/29/2025 | 10/05/2025 | | | 1.49 | 60.17 |
| **Other Pay Periods** | | | | | | |
| Missed Meal Break Adj | 09/09/2025 | 09/14/2025 | | | 5.52 | ** |
| Missed Meal Break Adj | 09/15/2025 | 09/21/2025 | | | 4.86 | ** |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Rate 1 - Reg | | | | | | 15,445.20 |
| Rate 1 - OT | | | | | | -13.80 |
| Cell Stipend - Reg | | | | | | 80.00 |
| Holiday | | | | | | 384.00 |
| Computed OT | | | | | | 721.04 |
| Missed Meal Occurrences | | | | | | 264.00 |
| NewLeaseIncentive - Reg | | | | | | 2,400.00 |
| Birthday | | | | | | 192.00 |
| Renewal Incentive - Reg | | | | | | 1,293.75 |
| **Gross** | | | | | **16.80** | **20,826.36** |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 0.00 | 386.67 |
| CA SDI | 0.20 | 249.91 |
| SocSec | 1.04 | 1,291.24 |
| Medicare | 0.24 | 301.98 |
| **Total** | **1.48** | **2,229.80** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 15.32 |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 0.00  
Extra Withholding: $ 0.00  
Exempt: Yes  

**Paid Time Off/Vacation and/or Sick Information**

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Vacation | 26.090 | 0.000 | 26.090 | Hours |
| Sick | 22.110 | 0.000 | 22.110 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 20,622.83 |

Social Security        20,826.36
Medicare               20,826.36

**Insperity**

### Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: REEDY, DAMIEN LEE**  Employee ID: 4769449  Check #: 93899358
Company: SARES REGIS OPERATING COMPANY LP (6058410)
3501 JAMBOREE RD STE 3000  Pay Date: 10/15/2025  Pay Type: Hourly
NEWPORT BEACH, CA 92660  Pay Period: 09/25/2025 To 10/08/2025  Department: D6591
Phone: (949) 756 5959  Pay Frequency: SemiMonthly  Location: 2230

Gross Earnings: 2,900.91   Total Taxes: 317.61   Total Deductions: 0.00   Net Pay: 2,583.30

**Earnings**

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 09/25/2025 | 09/28/2025 | 23.92 | 24.00 | 574.00 | ** |
| Missed Meal Occurrences | 09/25/2025 | 09/28/2025 | 1.00 | 24.00 | 24.00 | ** |
| Cell Stipend - Reg | 09/25/2025 | 10/08/2025 | | | 10.00 | 80.00 |
| Rate 1 - Reg | 09/29/2025 | 10/05/2025 | 39.58 | 24.00 | 950.00 | ** |
| Computed OT | 09/29/2025 | 10/05/2025 | 0.07 | 36.74 | 2.45 | ** |
| Missed Meal Occurrences | 09/29/2025 | 10/05/2025 | 1.00 | 24.00 | 24.00 | 264.00 |
| Rate 1 - Reg | 10/06/2025 | 10/08/2025 | 15.97 | 24.00 | 383.20 | 15,445.20 |
| **Other Pay Periods** | | | | | | |
| Rate 1 - OT | 09/01/2025 | 09/07/2025 | -0.05 | 36.00 | -1.80 | ** |
| Computed OT | 09/01/2025 | 09/07/2025 | 0.05 | 39.24 | 1.96 | ** |
| Computed OT | 09/08/2025 | 09/14/2025 | 0.13 | 38.58 | 5.14 | ** |
| Rate 1 - OT | 09/09/2025 | 09/14/2025 | -0.13 | 36.00 | -4.80 | ** |
| Rate 1 - OT | 09/15/2025 | 09/21/2025 | -3.03 | 36.00 | -109.20 | ** |
| Computed OT | 09/15/2025 | 09/21/2025 | 3.03 | 38.43 | 116.56 | ** |
| Rate 1 - OT | 09/22/2025 | 09/24/2025 | -1.32 | 36.00 | -47.40 | -13.80 |
| NewLeaseIncentive - Reg | 09/01/2025 | 09/30/2025 | | | 400.00 | 2,400.00 |
| Renewal Incentive - Reg | 09/01/2025 | 09/30/2025 | | | 483.75 | 1,293.75 |
| Computed OT | 09/22/2025 | 09/28/2025 | 2.32 | 38.44 | 89.05 | 721.04 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Holiday | | | | | | 384.00 |
| Missed Meal Break Adj | | | | | | 43.37 |
| Birthday | | | | | | 192.00 |
| **Gross** | | | 82.54 | | 2,900.91 | 20,809.56 |

** YTD is represented on another row

**Deductions & Credits**

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| 401K-RTC | 0.00 | 203.53 |
| **Total** | **0.00** | **203.53** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 60.88 | 386.67 |
| CA SDI | 34.81 | 249.71 |
| SocSec | 179.86 | 1,290.20 |
| Medicare | 42.06 | 301.74 |
| **Total** | **317.61** | **2,228.32** |

**Direct Deposit Information**

| Routing # | Account # | Amount |
|---|---|---|
| ########1235 | ########3758 | 2,583.30 |

**Federal Tax Withholding Elections**

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00

**Paid Time Off/Vacation and/or Sick Information**

| Plan - Level | Available | Used | Balance | | |
|---|---|---|---|---|---|
| Vacation | 26.090 | 0.000 | 26.090 | Hours | Extra Withholding: $0.00 |
| Sick | 22.110 | 0.000 | 22.110 | Hours | Exempt: Yes |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 20,606.03 |
| Social Security | 20,809.56 |
| Medicare | 20,809.56 |

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552