Certificate Number: 14912-CAC-DE-040604191

Bankruptcy Case Number: 25-18725



14912-CAC-DE-040604191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2026, at 6:46 o'clock PM EST, Damien Reedy completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: February 10, 2026        By:    /s/Jai Bhatt

                               Name:  Jai Bhatt

                               Title: Counselor