Certificate Number: 14912-CAC-DE-040604192

Bankruptcy Case Number: 25-18725



14912-CAC-DE-040604192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2026, at 6:46 o'clock PM EST, Esther Esparza completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 10, 2026              By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor