United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-18725-RB |
| Damien Lee Reedy | Chapter 7 |
| Esther Arlene Esparza | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2026 | Form ID: 318a | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Damien Lee Reedy, Esther Arlene Esparza, 1015 N Smirdele Loop, Ontario, CA 91764-7501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: FTAFREALY | Mar 17 2026 06:43:00 | Todd A. Frealy (TR), 3403 Tenth Street, Suite 709, Riverside, CA 92501-3641 |
| smg | EDI: EDD.COM | Mar 17 2026 06:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Mar 17 2026 06:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42817108 | Email/PDF: bncnotices@becket-lee.com | Mar 17 2026 03:22:55 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42817109 | EDI: TSYS2 | Mar 17 2026 06:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42817110 | EDI: CAPITALONE.COM | Mar 17 2026 06:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42817111 | EDI: JPMORGANCHASE | Mar 17 2026 06:43:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42817112 | EDI: DISCOVER | Mar 17 2026 06:43:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42817113 | Email/Text: EBN@edfinancial.com | Mar 17 2026 03:15:00 | EdFinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 42817114 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 17 2026 03:16:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42817115 | EDI: JEFFERSONCAP.COM | Mar 17 2026 06:43:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 42817116 | ^ MEBN | Mar 17 2026 03:11:28 | Kia Motor Finance, 10550 Talbert Ave, Fountain Vly, CA 92708-6031 |
| 42817118 | Email/Text: EBN@Mohela.com | Mar 17 2026 03:16:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42817117 | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2026 03:17:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 42817119 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 17 2026 03:17:00 | Santander Consumer USA, PO Box 961245, Fort |

District/off: 0973-6                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 16, 2026                        Form ID: 318a                                 Total Noticed: 18

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Worth, TX 76161-0244 |
| 42817120 | + Email/Text: bankruptcynotices@sba.gov |  | Mar 17 2026 03:16:00 | US Small Business Administration, 312 N Spring St Fl 5, Los Angeles, CA 90012-4701 |
| 42817121 | EDI: WFCCSBK |  | Mar 17 2026 06:43:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Damien Lee Reedy bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Esther Arlene Esparza bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Todd A. Frealy (TR) | taftrustee@lnbyb.com  taf@trustesolutions.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Damien Lee Reedy | Social Security number or ITIN   xxx–xx–0421 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Esther Arlene Esparza | Social Security number or ITIN   xxx–xx–4809 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   6:25–bk–18725–RB

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Damien Lee Reedy

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/16/26

Esther Arlene Esparza

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 3/16/26

**Dated:** 3/16/26

**By the court:** Magdalena Reyes Bordeaux
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

11/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**